IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAREN ASCOLESE | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO.: 06-CV-295 |
| v. | : |
| | : |
| TAP PHARMACEUTICALS, INC. | : |
| | : |
| Defendant. | : |

## STIPULATION TO DISCONTINUE

It is hereby stipulated and agreed pursuant to FRCP 41(a) by and between counsel for Plaintiff, Jeffrey Wong, Esquire, and counsel for Defendant, Jon Zimring, Esquire that the above-captioned matter is voluntarily dismissed without prejudice.

_____          _____
JON ZIMRING, ESQUIRE                                    JEFFREY C. WONG, ESQUIRE
Duane Morris LLP                                              Goldberg, Wong & Associates
227 West Monroe Street                                    92 Buck Road
Suite 3400                                                            Holland, PA 18966
Chicago, IL 60606-5098

Attorneys for Defendant                                    Attorneys for Plaintiff